v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman v. Roisman